THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: **05-54661**
**STEPHEN HENRY GROMANN** )
**BONNIE BRICKER GROMANN** ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
Debtor(s) )
) TRANSMITTAL OF UNCLAIMED FUNDS

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **NOVA BEHAVORIAL HEALTH**
   **Check No. 767365**
   **Claim #06-1**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$7.48** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **3/11/2011**

Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg. No. 0084477
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
krucinski@ch13akron.com
jferrise@ch13akron.com

*Handwritten:* Ck #777209
receipt # 82223

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to:

| | |
|---|---|
| **STEPHEN HENRY GROMANN**<br>**115 S MANTUA ST**<br>**KENT, OH 44240**<br>(Via Regular Mail) | **BONNIE BRICKER**<br>**GROMANN**<br>**115 S MANTUA ST**<br>**KENT, OH 44240**<br>(Via Regular Mail) |

**C BAILEY CLEGG (via ECF)**

**NOVA BEHAVORIAL HEALTH**
**832 MCKINLEY AVE.**
**CANTON, OH 44703**
(via Regular Mail)

Date of Service: **3/11/2011**         By: **JoAnn Romig**
                                     Office of the Chapter 13 Trustee

CHAPTER 13
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
rucinski@ch13akron.com